# EXHIBIT A

00000000049.20110413095811114.000000000012

# Documentation of Registration

The Writers Guild of America, West, Inc. issues this certificate to:

DOUGLAS BENEL

for the material entitled:

Settler's Day

by the following:

DOUGLAS BENEL - Writer

Writers Guild of America, West, Inc.
7000 West Third Street
Los Angeles, California, 90048-4329
Telephone: 323-782-4500
Fax: 323-782-4803

Registration #: 1484246
Material Type: SCREENPLAY
Registered By: DOUGLAS BENEL

Effective Date: 02/01/11
Expiration Date: 02/01/16

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-691-720**

**Effective date of registration:**

October 1, 2013

## Title
**Title of Work:** Settler's Day

## Completion/Publication
**Year of Completion:** 2011

## Author
- **Author:** Douglas Benel
- **Pseudonym:** Douglas Jordan-Benel
- **Author Created:** text
- **Citizen of:** United States
- **Year Born:** 1968
- **Pseudonymous:** Yes

## Copyright claimant
**Copyright Claimant:** Douglas Benel
71 Vista Dr., New Paltz, NY, 12561, United States

## Rights and Permissions
- **Name:** Douglas Benel
- **Email:** douglas@wehotrio.com     **Telephone:** 310-990-0751
- **Address:** 71 Vista Dr.
  New Paltz, NY 12561 United States

## Certification
- **Name:** Douglas Benel
- **Date:** October 1, 2013

# EXHIBIT C

**From:** Adam Peck <theadampeck@gmail.com>
**Date:** July 13, 2011 6:14:45 PM EDT
**To:** Douglas Jordan-Benel <djb@the-sidhe.com>, Shep Rosenman <shep@kgrllp.com>
**Subject: Fwd: UTA Client Recommendation: DOUGLAS JORDAN-BENEL**

It's a pass from UTA as you'll see below unfortunately. I appreciate the quick turnaround at least.

Just remember: "There's a lid for every pot".

So onwards!

Best,

Adam

s y n c h r o n i c i t y   m a n a g e m e n t
1330 n. doheny drive    los angeles, ca 90069
tel:  310.246.1477       mobile:  310.383.1453
eml:      adam@synchronicitymanagement.com


Begin forwarded message:
**From:** Emerson Davis <DavisE@unitedtalent.com>
**Date:** July 13, 2011 6:10:51 PM EDT
**To:** 'Adam Peck' <theadampeck@gmail.com>
**Cc:** David Kramer <KramerD@unitedtalent.com>
**Subject: RE: UTA Client Recommendation: DOUGLAS JORDAN-BENEL**

Hi Adam,


I read both scripts.  Unfortunately, I did not strongly respond to either script – I didn't connect with the world and subject matter of BARRY, and I had a difficult time buying into the premise of SETTLER'S DAY.  But thank you very much for letting me take a look at both, and I

wish Douglas well with them.

Thanks,

Emerson

**From:** Adam Peck [mailto:theadampeck@gmail.com]  **Sent:** Friday, July 08, 2011 10:52 AM **To:** Emerson Davis **Cc:** David Kramer; Shep Rosenman; Douglas Jordan-Benel **Subject:** UTA Client Recommendation: DOUGLAS JORDAN-BENEL

Hey Emerson,

It was nice chatting and I'm very pleased to recommend to UTA this talented and prolific feature film screenwriter and comic book author who splits his time between Switzerland and LA.

As discussed, I'm attaching two of his screenplays, BARRY and SETTLER'S DAY.

BARRY is a terrific and entertaining period family film based on the true legend of a young monk struggling with his vows while training an obstreperous pup into the greatest St. Bernard rescue dogs of all time in the alps.  This sold for six figures to Millbrook Pictures (one of the producers of Oliver Stone's "W") and has Daniel Radcliffe attached.

Douglas's new script SETTLERS DAY is a very intelligent and suspenseful thriller about a family under siege in a near-future America in which there is a national holiday during which revenge killing is legal. It's like one of those classic Twilight Zone tales on steroids and with lots of thrills, emotion and big underlying contemporary issues.

Douglas is also repped by attorney Shep Rosenman at Katz Golden Rosenman and we anticipate going out with a few of his comic book presentations in a few weeks at ComiCon with Ken Levin. The ultimate goal will be setting them set up as films and one is based on Doug's screenplay, "S.P.I.R.E.", a supernatural adventure set in the gaslit world of New York City in 1904.

I look forward to hearing your thoughts on the material and continuing our conversation.

Warm regards,

Adam

s y n c h r o n i c i t y   m a n a g e m e n t

1330 n. doheny drive    los angeles, ca 90069

tel:  310.246.1477    mobile:  310.383.1453

eml:    adam@synchronicitymanagement.com

NOTE: This message contains information which may be confidential and/or privileged. It is intended solely for the addressee. If you are not the intended recipient, you may not use, copy, distribute, or disclose any information contained in the message. If you have received this transmission in error, please notify the sender by reply e-mail and delete this message. Thank you.