UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 14-5577-MWF(MRWx)**                                    Dated: **January 5, 2015**

Title:      Douglas Jordan-Benel -v- Universal City Studios, Inc., et al.

PRESENT:    HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

        Cheryl Wynn                                      Rosalyn Adams
        Courtroom Deputy                                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

        Steven T. Lowe                                   Kelli L. Sager
                                                         Jesse Kaplan

PROCEEDINGS:  MOTION TO DISMISS [18]

    The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

    Case called, and counsel make their appearance.  The Court hears oral argument from counsel and takes the matter under submission.  An order will issue.

Initials of Deputy Clerk   cw

-1-                          :  16 min