Kelli L. Sager SBN 120162 / Karen A. Henry SBN 229707
Collin J. Peng-Sue SBN 302227
Davis Wright Tremaine LLP
865 S. Figueroa Street, Suite 2400, Los Angeles, CA  90017
213.633.6800 / 213.633.6899 Fax

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Douglas Jordan-Benel,<br><br>PLAINTIFF(S)<br><br>v.<br><br>Universal City Studios, LLC, et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>14-cv-05577-MWF-MRW<br><br>NOTICE OF MANUAL FILING<br>OR LODGING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☐ Filed  ☑ Lodged: **(List Documents)**

DVD copy of the full-length feature film "The Purge"

DVD copy of the full-length feature film "The Purge:Anarchy"

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated: _____
☐ Administrative Record
☐ Other:

| | |
|---|---|
| March 13, 2015 | /s/ Karen A. Henry |
| Date | Attorney Name |
| | Defendants Universal City Studios, Inc., et al. |
| | Party Represented |

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*