1  Steven T. Lowe SBN 122208
      *steven@lowelaw.com*
2  Aleksandra Hilvert SBN 258463
      *aleksandra@lowelaw.com*
3  **LOWE & ASSOCIATES, P.C**.
4  11400 Olympic Blvd., Suite 640
5  Los Angeles, CA  90064
6  Telephone: (310) 477-5811
7  Facsimile: (310) 477-7672

8  Attorneys for Plaintiff, **DOUGLAS JORDAN-BENEL**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS JORDAN-BENEL,** an individual,<br><br>Plaintiff,<br>v.<br><br>**UNIVERSAL CITY STUDIOS, LLC,** a Delaware corporation; **UNITED TALENT AGENCY, INC.,** a California corporation; **BLUMHOUSE PRODUCTIONS**, **LLC**, a Delaware Limited Liability Company; **OVERLORD PRODUCTIONS LLC**, a California Limited Liability Company; **PLATINUM DUNES PRODUCTIONS**, a California Corporation; **WHY NOT PRODUCTIONS, INC. d/b/a WHY NOT FILMS**, a Nevada Corporation; **JAMES DEMONACO**, an individual, and DOES 1 to 50, inclusive,<br><br>Defendants. | **Case No.:  14-cv-05577-MWF-MRW**<br><br>**Assigned to Hon. Michael W. Fitzgerald**<br><br>**NOTICE OF ERRATA RE: PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE THE FOURTH AND FIFTH CLAIMS IN PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**Hearing Date: May 18, 2015<br>Time:           10:00 a.m.<br>Courtroom:   1600<br>Action Filed:  July 17, 2014** |

## TO THE COURT:

On April 10, 2015, Plaintiff DOUGLAS JORDAN-BENEL ("Plaintiff") filed his Opposition to Defendants' Special Motion to Strike the Fourth and Fifth Claims in Plaintiff's Second Amended Complaint ("Opposition").

Afterwards, Plaintiff became aware of minor errors contained in the filing. Plaintiff hereby respectfully submits for filing the following notice of errata ("Errata") to his Opposition. Plaintiff's corrections to the Opposition are as follows:

1. Page 18; line 17; change "allege" to "submit proof of";

2. Page 22; line 10; replace "Davis" with "Davis (who serves as an intermediary along with Kramer)"; and

3. Page 22; line 11; change "they" to "Davis and Ferraro".

Dated: 17 April 2015                    Respectfully Submitted,

**LOWE & ASSOCIATES P.C.**

*/s/ Aleksandra Hilvert*

ALEKSANDRA HILVERT
Attorneys for
PLAINTIFF DOUGLAS JORDAN-BENEL