DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

KELLI L. SAGER (State Bar No. 120162)
 kellisager@dwt.com
KAREN A. HENRY (State Bar No. 229707)
 karenhenry@dwt.com
COLLIN J. PENG-SUE (State Bar No. 302227)
 collinpengsue@dwt.com

Attorneys for Defendants
UNIVERSAL CITY STUDIOS LLC,
BLUMHOUSE PRODUCTIONS, LLC,
OVERLORD PRODUCTIONS, LLC,
PLATINUM DUNES PRODUCTIONS,
WHY NOT PRODUCTIONS, INC., and
JAMES DEMONACO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS JORDAN-BENEL, an individual,<br><br>            Plaintiff,<br><br>      vs.<br><br>UNIVERSAL CITY STUDIOS LLC, a Delaware corporation; UNITED TALENT AGENCY, INC., a California corporation; BLUMHOUSE PRODUCTIONS, LLC, a Delaware Limited Liability Company; OVERLORD PRODUCTIONS LLC, a California Limited Liability Company; PLATINUM DUNES PRODUCTIONS, a California Corporation, WHY NOT PRODUCTIONS, INC. d/b/a WHY NOT FILMS, a Nevada Corporation; JAMES DEMONACO, an individual; and DOES 1 to 50, inclusive,<br><br>            Defendants. | Case No. **14-cv-05577-MWF-MRW**<br>Assigned to Hon. Michael W. Fitzgerald<br><br>**UNIVERSAL CITY STUDIOS LLC, BLUMHOUSE PRODUCTIONS, LLC, OVERLORD PRODUCTIONS, LLC, PLATINUM DUNES PRODUCTIONS, WHY NOT PRODUCTIONS, AND JAMES DEMONACO'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

NOTICE OF APPEAL
DWT 27249474v3 0020040-000121

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

PLEASE TAKE NOTICE that defendants Universal City Studios LLC, Blumhouse Productions, LLC, Overlord Productions, LLC, Platinum Dunes Productions, Why Not Productions, Inc., and James DeMonaco appeal to the United States Court of Appeals for the Ninth Circuit from the district court's "Order Re Defendants' Motions To Dismiss And Motions To Strike [34] [35] [36] [37]" (Dkt. No. 62) (the "Order"), entered in this case on June 24, 2015, insofar as the order denied the "Film Defendants' Notice Of Motion And Special Motion To Strike Fourth And Fifth Claims For Relief Alleged In Second Amended Complaint" (Dkt. No. 37), and all interlocutory orders that gave rise to that Order. A copy of the Order is attached as Exhibit A.

Attached to this Notice as Exhibit B is Defendants' Representation Statement, pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rules 3-2(b) and 12-2.

DATED: July 6, 2015

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER
KAREN A. HENRY
COLLIN J. PENG-SUE

By: /s/ Kelli L. Sager
  Kelli L. Sager

Attorneys for Defendants
UNIVERSAL CITY STUDIOS LLC,
BLUMHOUSE PRODUCTIONS, LLC,
OVERLORD PRODUCTIONS, LLC,
PLATINUM DUNES PRODUCTIONS,
WHY NOT PRODUCTIONS, INC., and
JAMES DEMONACO

NOTICE OF APPEAL
DWT 27249474v3 0020040-000121

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899