# EXHIBIT B

# EXHIBIT B
## CIRCUIT RULE 3-2 REPRESENTATION STATEMENT

Pursuant to Circuit Rule 3-2, defendants Universal City Studios LLC, Blumhouse Productions, LLC, Overlord Productions, LLC, Platinum Dunes Productions, Why Not Productions, Inc., and James DeMonaco hereby certify that the parties in this case, and the names, addresses, and telephone numbers of their respective counsel, are as follows:

<u>Appellant/Defendants Universal City Studios LLC, Blumhouse Productions, LLC, Overlord Productions, LLC, Platinum Dunes Productions, Why Not Productions, Inc., and James DeMonaco</u>:

    Kelli L. Sager
    Karen A. Henry
    Collin J. Peng-Sue
    DAVIS WRIGHT TREMAINE LLP
    865 S. Figueroa Street, Suite 2400
    Los Angeles, California 90017-2566
    Telephone: (213) 633-6800
    Fax: (213) 633-6899

<u>Defendant United Talent Agency, Inc,</u>

    Bryan J. Freedman
    Jesse A. Kaplan
    Freedman + Taitelman, LLP
    1901 Avenue of the Stars, Suite 500
    Los Angeles, California 90067
    Tel: (310) 201-0005
    Fax: (310) 201-0045

<u>Respondent/Plaintiff Douglas Jordan-Benel</u>

    Steven T. Lowe
    Aleksandra Hilvert
    LOWE & ASSOCIATES, P.C.
    11400 Olympic Boulevard, Suite 640
    Los Angeles, California 90064
    Telephone: (310) 477-5811
    Fax: (310) 477-7672

NOTICE OF APPEAL
DWT 27249474v3 0020040-000121

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899