**DAVIS WRIGHT TREMAINE LLP**
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

KELLI L. SAGER (State Bar No. 120162)
 kellisager@dwt.com
KAREN A. HENRY (State Bar No. 229707)
 karenhenry@dwt.com
COLLIN J. PENG-SUE (State Bar No. 302227)
 collinpengsue@dwt.com

Attorneys for Defendants
UNIVERSAL CITY STUDIOS LLC,
BLUMHOUSE PRODUCTIONS, LLC,
OVERLORD PRODUCTIONS, LLC,
PLATINUM DUNES PRODUCTIONS,
WHY NOT PRODUCTIONS, INC., and
JAMES DEMONACO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS JORDAN-BENEL, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> UNIVERSAL CITY STUDIOS LLC, a Delaware corporation; UNITED TALENT AGENCY, INC., a California corporation; BLUMHOUSE PRODUCTIONS, LLC, a Delaware Limited Liability Company; OVERLORD PRODUCTIONS LLC, a California Limited Liability Company; PLATINUM DUNES PRODUCTIONS, a California Corporation, WHY NOT PRODUCTIONS, INC. d/b/a WHY NOT FILMS, a Nevada Corporation; JAMES DEMONACO, an individual; and DOES 1 to 50, inclusive, <br><br> Defendants. | Case No. **14-cv-05577-MWF-MRW** <br> Assigned to Hon. Michael W. Fitzgerald <br><br> **NOTICE OF ERRATA RE: IDENTIFICATION OF PARTIES FILING NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that as a result of an error in the electronic filing system, the Notice Of Appeal filed on July 6, 2015, by defendants Universal City Studios LLC, Blumhouse Productions, LLC, Overlord Productions, LLC, Platinum Dunes Productions, Why Not Productions, Inc., and James DeMonaco (collectively, the "Film Defendants"), **Dkt. No. 63**, was incorrectly listed on PACER as including defendant United Talent Agency, Inc.

The Film Defendants respectfully request that the docket be corrected to reflect that their Notice of Appeal was filed on behalf of themselves (defendants Universal City Studios LLC, Blumhouse Productions, LLC, Overlord Productions, LLC, Platinum Dunes Productions, Why Not Productions, Inc., and James DeMonaco) only, and does not include United Talent Agency, Inc., which is separately represented.

DATED: July 7, 2015          DAVIS WRIGHT TREMAINE LLP
                             KELLI L. SAGER
                             KAREN A. HENRY
                             COLLIN J. PENG-SUE


                             By: _/s/ Kelli L. Sager_____
                                        Kelli L. Sager

                             Attorneys for Defendants
                             UNIVERSAL CITY STUDIOS LLC,
                             BLUMHOUSE PRODUCTIONS, LLC,
                             OVERLORD PRODUCTIONS, LLC,
                             PLATINUM DUNES PRODUCTIONS,
                             WHY NOT PRODUCTIONS, INC., and
                             JAMES DEMONACO

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899