**DAVIS WRIGHT TREMAINE LLP**
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

KELLI L. SAGER (State Bar No. 120162)
 kellisager@dwt.com
KAREN A. HENRY (State Bar No. 229707)
 karenhenry@dwt.com
COLLIN J. PENG-SUE (State Bar No. 302227)
 collinpengsue@dwt.com

Attorneys for Defendants
UNIVERSAL CITY STUDIOS LLC,
PLATINUM DUNES PRODUCTIONS,
WHY NOT PRODUCTIONS, INC., and
JAMES DEMONACO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS JORDAN-BENEL, an individual,<br><br>                    Plaintiff,<br><br>     vs.<br><br>UNIVERSAL CITY STUDIOS, INC., a Delaware corporation; UNITED TALENT AGENCY, INC., a California corporation; BLUMHOUSE PRODUCTIONS, LLC, a Delaware Limited Liability Company; OVERLORD PRODUCTIONS LLC, a California Limited Liability Company; PLATINUM DUNES PRODUCTIONS, a California Corporation, WHY NOT PRODUCTIONS, INC. d/b/a WHY NOT FILMS, a Nevada Corporation; JAMES DEMONACO, an individual; and DOES 1 to 50, inclusive,<br><br>                    Defendants. | Case No. **14-cv-05577-MWF-MRW**<br>Assigned to Hon. Michael W. Fitzgerald<br><br>**STIPULATION STAYING ACTION PENDING FILM DEFENDANTS' APPEAL**<br><br>[[Proposed] Order Granting Stipulation Staying Action Pending Film Defendants' Appeal Lodged Concurrently]<br><br>Action Filed: July 17, 2014 |

This Stipulation is entered into by and between Plaintiff Douglas Jordan-Benel ("Plaintiff"), Defendants Universal City Studios LLC, Platinum Dunes Productions, Inc., Why Not Productions, Inc. and James DeMonaco (collectively, the "Film Defendants"), and Defendant United Talent Agency, Inc. (collectively, with Plaintiff and the Film Defendants, the "Parties") by their respective undersigned counsel, with reference to the following facts:

1. The Film Defendants have appealed to the United States Court of Appeals for the Ninth Circuit from the June 24, 2015 Order denying their Special Motion To Strike Fourth And Fifth Claims For Relief Alleged In Second Amended Complaint. See Dkt. No. 63.

2. The Parties agree that the facts and legal issues raised by the appeal are inextricably intertwined with the facts and legal issues raised by the remaining causes of action. Consequently, they stipulate and agree that this Court should stay the entire action, including the Film Defendants' deadline to file their answers to the Plaintiff's Second Amended Complaint, pending the outcome of the Film Defendants' appeal.

3. The only exception to the agreement set forth above is that Plaintiff believes the Court can and should entertain his motion for reconsideration, which he intends to file if the parties are unable to resolve it during their ongoing meet-and-confer discussions.

4. By entering into this Stipulation, Defendants do not waive, and expressly reserve, all defenses or objections to Plaintiff's motion for reconsideration, including their right to object to the Court's consideration of Plaintiff's motion before the Film Defendants' appeal is decided.

5. By entering into this Stipulation, Plaintiff does not waive, and expressly reserves all arguments in support of Plaintiff's motion for reconsideration.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, through their counsel of record, that subject to the Court's approval,

the entire action should be stayed pending the outcome of the Film Defendants' appeal. This Stipulation does not bar Plaintiff from filing a motion for reconsideration of the Court's June 24, 2015 Order, and by entering into this Stipulation, Defendants do not waive (and expressly reserve) all their defenses, including their right to object to the motion for reconsideration.

| DATED: July 28, 2015<br><br>DAVIS WRIGHT TREMAINE LLP<br>KELLI L. SAGER<br>KAREN A. HENRY<br>COLLIN J. PENG-SUE<br><br>By: *s / Kelli L. Sager*<br>Kelli L. Sager<br><br>Attorneys for Defendants<br>UNIVERSAL CITY STUDIOS LLC,<br>PLATINUM DUNES PRODUCTIONS,<br>WHY NOT PRODUCTIONS, INC., and<br>JAMES DEMONACO | DATED: July 28, 2015<br><br>LOWE & ASSOCIATES, P.C.<br>STEVEN T. LOWE<br>ALEKSANDRA HILVERT<br><br>By: *s / Steven T. Lowe*<br>Steven T. Lowe<br><br>Attorneys for Plaintiff<br>DOUGLAS JORDAN-BENEL |
|---|---|
| DATED: July 28, 2015<br><br>FREEDMAN + TAITELMAN, LLP<br>BRYAN J. FREEDMAN<br>JESSE A. KAPLAN<br><br>By: *s / Jesse A. Kaplan*<br>Jesse A. Kaplan<br><br>Attorneys for Defendant<br>UNITED TALENT AGENCY, INC. | |