1

**DAVIS WRIGHT TREMAINE LLP**
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

2

3

4

KELLI L. SAGER (State Bar No. 120162)
 kellisager@dwt.com
KAREN A. HENRY (State Bar No. 229707)
 karenhenry@dwt.com
COLLIN J. PENG-SUE (State Bar No. 302227)
 collinpengsue@dwt.com

5

6

7

8

Attorneys for Defendants
UNIVERSAL CITY STUDIOS LLC,
PLATINUM DUNES PRODUCTIONS,
WHY NOT PRODUCTIONS, INC., and
JAMES DEMONACO

9

10

11

UNITED STATES DISTRICT COURT

12

CENTRAL DISTRICT OF CALIFORNIA

13

14

DOUGLAS JORDAN-BENEL, an individual,

15

Plaintiff,

16

17

vs.

18

UNIVERSAL CITY STUDIOS, INC., a Delaware corporation; UNITED TALENT AGENCY, INC., a California corporation; BLUMHOUSE PRODUCTIONS, LLC, a Delaware Limited Liability Company; OVERLORD PRODUCTIONS LLC, a California Limited Liability Company; PLATINUM DUNES PRODUCTIONS, a California Corporation, WHY NOT PRODUCTIONS, INC. d/b/a WHY NOT FILMS, a Nevada Corporation; JAMES DEMONACO, an individual; and DOES 1 to 50, inclusive,

19

20

21

22

23

24

25

Defendants.

26

27

28

Case No. **14-cv-05577-MWF-MRW**

Assigned to Hon. Michael W. Fitzgerald

**ORDER GRANTING STIPULATION STAYING ACTION PENDING FILM DEFENDANTS' APPEAL**

[Stipulation Staying Action Pending Film Defendants' Appeal Filed Concurrently]

Action Filed:  July 17, 2014

1    The Court has reviewed the parties' concurrently-filed Stipulation between

2    Plaintiff Douglas Jordan-Benel ("Plaintiff"), Defendants Universal City Studios

3    LLC, Platinum Dunes Productions, Inc., Why Not Productions, Inc. and James

4    DeMonaco  (collectively, the "Film Defendants"), and Defendant United Talent

5    Agency, Inc., (the "Stipulation"), and finds that good cause exists for staying this

6    action pending the Film Defendants' appeal of the Court's June 24, 2015 Order.

7    The Court hereby **GRANTS** the parties' Stipulation, and **ORDERS** that this

8    action is stayed pending the Film Defendants' appeal of the Court's June 24, 2015

9    Order, except Plaintiff may file a motion for reconsideration of the June 24, 2015

10   Order, and Defendants may raise any objections or defenses to the motion, including

11   any objection to the Court considering the motion before the Film Defendants'

12   appeal has been concluded.

15   DATED: July 30, 2015

_____

Honorable Michael W. Fitzgerald
U.S. DISTRICT COURT JUDGE

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST., SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1