# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**FOR COURT USE ONLY**
DUE DATE:

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| Karen A. Henry | 213/633.6800 | August 5, 2015 |

| 4. FIRM NAME: | Davis Wright Tremaine LLP | 5. E-MAIL ADDRESS: | karenhenry@dwt.com |
|---|---|---|---|

| 6. MAILING ADDRESS | 7. CITY | 8. STATE | 9. ZIP CODE |
|---|---|---|---|
| 865 S. Figueroa Street | Los Angeles | CA | 90017 |

| 10. CASE NUMBER | 11. CASE NAME | 12. JUDGE |
|---|---|---|
| 2:14-5577-MWF (MRWx) | Jordan-Benel v. Universal City Studios LLC, et al. | Michael W. Fitzgerald |

| 13. APPEAL CASE NUMBER | 14. ORDER FOR |
|---|---|
| 15-56045 | ☑ APPEAL  ☐ NON-APPEAL  ☐ CRIMINAL JUSTICE ACT  ☐ IN FORMA PAUPERIS  ☐ AUSA  ☐ FPD  ☐ OTHER |

**15. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 05/18/2015 | Lisa Gonzalez | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☑ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| 01/05/2015 | Rosalyn Adams | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☑ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |

**16. ORDER:** IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☑ | PAPER COPY | ☑ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | | |
| REAL TIME | ☐ | | |

FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY

19. Transcription agency for digitally recorded proceedings:

**(CERTIFICATION 17 & 18)**
By signing the below, I certify that I will pay all charges (deposit plus additional).

20. Month: July   Day: 22   Year: 2015
Transcript payment arrangements were made with: L. Gonzalez/R. Adams

17. DATE:   August 5, 2015

NAME OF OFFICIAL: Lisa Gonzalez/Rosalyn Adams

Payment of estimated transcript fees were sent on the following date:

18. SIGNATURE: /s/ Karen A. Henry

Month: July   Day: 23   Year: 2015

G-120 (09/12)