UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

Case No.  14-cv-05577-MWF-MRW				Date:  September 1, 2015
Title:	Douglas Jordan-Benel -v- Universal City Studios, Inc., et al.

Present: The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):** ORDER FOR REGULAR STATUS REPORTS

On July 30, 2015, the Court stayed this action pursuant to a stipulation between Plaintiff Douglas Jordan-Benel; Defendants Universal City Studios LLC, Platinum Dunes Productions, Inc., Why Not Productions, Inc., and James DeMonaco (collectively, the "Film Defendants"); and Defendant United Talent Agency, Inc. The Court found good cause for staying the proceedings pending the Film Defendants' appeal of the Court's Order denying their Motion to Strike. (Docket No. 62).

The parties are hereby ordered to file a joint report regarding the status of the appeal no later than **September 15, 2015**, and every **sixty (60)** days thereafter until the stay is lifted.

IT IS SO ORDERED.