UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 14-5577-MWF(MRWx)**                                   Dated: **March 17, 2017**

Title:   Douglas Jordan-Benel -v- Universal City Studios, Inc., et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                      None Present

PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE RE SANCTIONS

   The Court, on its own motion, ORDERS that counsel for the parties show cause in writing on or before **March 31, 2017**, why sanctions should not be imposed for failure to file the 60-day Joint Status Report as ordered by the Court on September 1, 2015, Docket Entry [79]. The last status report was filed December 30, 2016.

   Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, oral argument will not be heard in this matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of counsel's response or Joint Status Report on or before the above date. *Failure to respond to the Court's order may result in dismissal of the action.*

MINUTES FORM 90                                                                       Initials of Deputy Clerk   cw
CIVIL - GEN