1  **DAVIS WRIGHT TREMAINE LLP**
   865 S. FIGUEROA ST.
2     SUITE 2400
  LOS ANGELES, CALIFORNIA 90017-2566
3     TELEPHONE (213) 633-6800
   FAX (213) 633-6899

4  KELLI L. SAGER (State Bar No. 120162)
  kellisager@dwt.com
5  KAREN A. HENRY (State Bar No. 229707)
  karenhenry@dwt.com
6  JASON S. HARROW (State Bar No. 308560)
  jasonharrow@dwt.com

8  Attorneys for Defendants
  UNIVERSAL CITY STUDIOS LLC,
9  BLUMHOUSE PRODUCTIONS, LLC,
  OVERLORD PRODUCTIONS, LLC,
10 PLATINUM DUNES PRODUCTIONS,
  WHY NOT PRODUCTIONS, INC., and
11 JAMES DEMONACO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS JORDAN-BENEL, an individual, | Case No. **14-cv-05577-MWF-MRW** |
| | Assigned to Hon. Michael W. Fitzgerald |
| Plaintiff, | |
| vs. | **JOINT REPORT RE: STATUS OF APPEAL** |
| UNIVERSAL CITY STUDIOS, LLC, a Delaware corporation; UNITED TALENT AGENCY, INC., a California corporation; BLUMHOUSE PRODUCTIONS, LLC, a Delaware Limited Liability Company; OVERLORD PRODUCTIONS LLC, a California Limited Liability Company; PLATINUM DUNES PRODUCTIONS, a California Corporation, WHY NOT PRODUCTIONS, INC., a Nevada Corporation; JAMES DEMONACO, an individual; and DOES 1 to 50, inclusive, | Action Filed: July 17, 2014
Appeal Filed: July 6, 2015 |
| Defendants. | |

---

JOINT REPORT RE: STATUS OF APPEAL
DWT 30990988v1 0020040-000121

Pursuant to this Court's September 1, 2015 Order For Regular Status Reports ("Order"), Defendants Universal City Studios LLC, Blumhouse Productions, LLC, Overlord Productions, LLC, Platinum Dunes Productions, Why Not Productions, Inc., and James DeMonaco (collectively, "the Film Defendants")[1] and Plaintiff Douglas Jordan-Benel ("Plaintiff") respectfully submit this Joint Report Re: Status of Appeal.

This matter remains stayed in this Court pending resolution of the Film Defendants' appeal of this Court's order denying their Special Motion to Strike. The parties' participation in the Ninth Circuit mediation program has concluded.

The appeal has been fully briefed; oral argument was heard December 5, 2016, and the matter was submitted. The parties await the panel's decision.

| | |
|---|---|
| DATED: March 17, 2017<br><br>DAVIS WRIGHT TREMAINE LLP<br>KELLI L. SAGER<br>KAREN A. HENRY<br>JASON S. HARROW<br><br>By: ____*/s/ Kelli L. Sager*____<br>　　　　　Kelli L. Sager<br><br>Attorneys for Defendants<br>UNIVERSAL CITY STUDIOS LLC,<br>BLUMHOUSE PRODUCTIONS, LLC,<br>OVERLORD PRODUCTIONS, LLC,<br>PLATINUM DUNES PRODUCTIONS,<br>WHY NOT PRODUCTIONS, INC.,<br>and JAMES DEMONACO | DATED: March 17, 2017<br><br>LOWE & ASSOCIATES, P.C.<br>STEVEN T. LOWE<br>ALEKSANDRA HILVERT<br><br>By: ____*/s/ Steven T. Lowe*____<br>　　　　　Steven T. Lowe<br><br>Attorneys for Plaintiff<br>DOUGLAS JORDAN-BENEL |

---

[1] Defendant United Talent Agency, Inc. ("UTA") is not a party to the appeal.

JOINT REPORT RE: STATUS OF APPEAL
DWT 30990988v1 0020040-000121

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899