1  **DAVIS WRIGHT TREMAINE LLP**
2  865 S. FIGUEROA ST.
   SUITE 2400
3  LOS ANGELES, CALIFORNIA 90017-2566
   TELEPHONE (213) 633-6800
   FAX (213) 633-6899

4  KELLI L. SAGER (State Bar No. 120162)
    kellisager@dwt.com
5  KAREN A. HENRY (State Bar No. 229707)
    karenhenry@dwt.com
6

7  Attorneys for Defendants
   UNIVERSAL CITY STUDIOS LLC,
8  BLUMHOUSE PRODUCTIONS, LLC,
   OVERLORD PRODUCTIONS, LLC,
9  PLATINUM DUNES PRODUCTIONS,
   WHY NOT PRODUCTIONS, INC., and
10 JAMES DEMONACO

11                UNITED STATES DISTRICT COURT
12                CENTRAL DISTRICT OF CALIFORNIA
13

14 DOUGLAS JORDAN-BENEL, an        ) Case No. **14-cv-05577-MWF-MRW**
   individual,                     ) Assigned to Hon. Michael W. Fitzgerald
15                                 )
                  Plaintiff,       )
16                                 ) **JOINT REPORT RE: STATUS OF**
         vs.                       ) **APPEAL**
17                                 )
   UNIVERSAL CITY STUDIOS, LLC, a  )
18 Delaware corporation; UNITED    ) Action Filed: July 17, 2014
   TALENT AGENCY, INC., a California) Appeal Filed: July 6, 2015
19 corporation; BLUMHOUSE          )
   PRODUCTIONS, LLC, a Delaware    )
20 Limited Liability Company; OVERLORD)
   PRODUCTIONS LLC, a California   )
21 Limited Liability Company; PLATINUM)
   DUNES PRODUCTIONS, a California )
22 Corporation, WHY NOT            )
   PRODUCTIONS, INC., a Nevada     )
23 Corporation; JAMES DEMONACO, an )
   individual; and DOES 1 to 50, inclusive,)
24                                 )
                  Defendants.      )
25                                 )
26 _____ )

27
28

---
JOINT REPORT RE: STATUS OF APPEAL
4847-4376-1995v.1 0020040-000121

      Pursuant to this Court's September 1, 2015 Order For Regular Status Reports ("Order"), Defendants Universal City Studios LLC, Blumhouse Productions, LLC, Overlord Productions, LLC, Platinum Dunes Productions, Why Not Productions, Inc., and James DeMonaco (collectively, "the Film Defendants")[1] and Plaintiff Douglas Jordan-Benel ("Plaintiff") respectfully submit this Joint Report Re: Status of Appeal.

      On June 20, 2017, the Ninth Circuit panel issued an opinion affirming the Court's order denying the Film Defendants' Special Motion to Strike. The deadline to file a petition for rehearing or rehearing en banc is July 26, 2017.[2] This matter remains stayed in this Court pending the expiration of this deadline or, if a petition is filed, disposition of the petition.

| | |
|---|---|
| DATED: July 14, 2017<br><br>DAVIS WRIGHT TREMAINE LLP<br>KELLI L. SAGER<br>KAREN A. HENRY<br><br>By:    /s/ Kelli L. Sager<br>             Kelli L. Sager<br><br>Attorneys for Defendants<br>UNIVERSAL CITY STUDIOS LLC,<br>BLUMHOUSE PRODUCTIONS, LLC,<br>OVERLORD PRODUCTIONS, LLC,<br>PLATINUM DUNES PRODUCTIONS,<br>WHY NOT PRODUCTIONS, INC.,<br>and JAMES DEMONACO | DATED: July 14, 2017<br><br>LOWE & ASSOCIATES, P.C.<br>STEVEN T. LOWE<br>ALEKSANDRA HILVERT<br><br>By:    /s/ Steven T. Lowe<br>            Steven T. Lowe<br><br>Attorneys for Plaintiff<br>DOUGLAS JORDAN-BENEL |

---

[1] Defendant United Talent Agency, Inc. ("UTA") is not a party to the appeal.

[2] The date was continued to July 26 at the request of the Film Defendants.

JOINT REPORT RE: STATUS OF APPEAL
4847-4376-1995v.1 0020040-000121

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899