**DAVIS WRIGHT TREMAINE LLP**
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

KELLI L. SAGER (State Bar No. 120162)
 kellisager@dwt.com
ERIC M. STAHL (State Bar No. 292637)
 ericstahl@dwt.com
DAN LAIDMAN (State Bar Number 274482)
 danlaidman@dwt.com
DIANA PALACIOS (State Bar Number 290923)
 dianapalacios@dwt.com

Attorneys for Defendants
UNIVERSAL CITY STUDIOS LLC,
BLUMHOUSE PRODUCTIONS, LLC,
OVERLORD PRODUCTIONS, LLC,
PLATINUM DUNES PRODUCTIONS,
WHY NOT PRODUCTIONS, INC., and
JAMES DEMONACO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS JORDAN-BENEL, an individual, | Case No. **14-cv-05577-MWF-MRW** |
| | Assigned to Hon. Michael W. Fitzgerald |
| Plaintiff, | |
| vs. | **JOINT REPORT RE: STATUS OF APPEAL** |
| UNIVERSAL CITY STUDIOS, LLC, a Delaware corporation; UNITED TALENT AGENCY, INC., a California corporation; BLUMHOUSE PRODUCTIONS, LLC, a Delaware Limited Liability Company; OVERLORD PRODUCTIONS LLC, a California Limited Liability Company; PLATINUM DUNES PRODUCTIONS, a California Corporation, WHY NOT PRODUCTIONS, INC., a Nevada Corporation; JAMES DEMONACO, an individual; and DOES 1 to 50, inclusive, | Action Filed:  July 17, 2014 |
| | Appeal Filed: July 6, 2015 |
| Defendants. | |

Pursuant to this Court's September 1, 2015 Order For Regular Status Reports ("Order"), Defendants Universal City Studios LLC, Blumhouse Productions, LLC, Overlord Productions, LLC, Platinum Dunes Productions, Why Not Productions, Inc., and James DeMonaco (collectively, "the Film Defendants")[1] and Plaintiff Douglas Jordan-Benel ("Plaintiff") respectfully submit this Joint Report Re: Status of Appeal.

On June 20, 2017, the Ninth Circuit panel issued an opinion affirming the Court's order denying the Film Defendants' Special Motion to Strike.  The Film Defendants filed a petition for panel rehearing on July 26, 2017.  On September 13, 2017, the panel requested a response to the petition, which Plaintiff filed on October 23, 2017.  This matter remains stayed in this Court pending the disposition of the petition.

| DATED: November 3, 2017 | DATED: November 3, 2017 |
|---|---|
| DAVIS WRIGHT TREMAINE LLP<br>KELLI L. SAGER<br>ERIC M. STAHL<br>DAN LAIDMAN<br>DIANA PALACIOS | LOWE & ASSOCIATES, P.C.<br>STEVEN T. LOWE<br>ALEKSANDRA HILVERT |
| By: _____ /s/ Kelli L. Sager _____<br>      Kelli L. Sager | By: _____ /s/ Steven T. Lowe _____<br>      Steven T. Lowe |
| Attorneys for Defendants<br>UNIVERSAL CITY STUDIOS LLC,<br>BLUMHOUSE PRODUCTIONS, LLC,<br>OVERLORD PRODUCTIONS, LLC,<br>PLATINUM DUNES PRODUCTIONS,<br>WHY NOT PRODUCTIONS, INC.,<br>and JAMES DEMONACO | Attorneys for Plaintiff<br>DOUGLAS JORDAN-BENEL |

_____

[1] Defendant United Talent Agency, Inc. ("UTA") is not a party to the appeal.

JOINT REPORT RE: STATUS OF APPEAL
4810-9183-2403v.1 0020040-000121

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899