UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff(s), <br> v. <br> Defendant(s). | CASE NUMBER <br><br> NOTICE OF ASSIGNMENT <br> OF PANEL MEDIATOR |

_____ is assigned to serve as the Panel Mediator in the above captioned case. This assignment is made because:

☐ The parties have stipulated to appointment of the Panel Mediator.

☐ The ADR Program staff has assigned the Panel Mediator.

The mediation in this case is to be completed no later than:

☐ _____ , as ordered by the assigned judge.

☐ forty-five days prior to the final pretrial conference, consistent with Civil L.R. 16-15.2.

Counsel shall familiarize themselves with the requirements of General Order No. 11-10 which governs the ADR Program. Within thirty (30) days of this Notice, the Mediator will communicate with counsel to set the date of the mediation within the time requirements set forth above. *See* General Order No. 11-10, §8.1.

Counsel are reminded that the written mediation statements which may be required by the Mediator (*see* General Order No. 11-10, §8.4) shall NOT be filed with the Court. Counsel are further reminded that each party shall appear at the mediation in person or by a representative with final authority to settle the case. *See* General Order No. 11-10, §8.5.

Clerk, U.S. District Court

Dated: _____  By: _____
                                    ADR Program Director

ADR Program Office to electronically file original and cc: Mediator