UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS JORDAN-BENEL, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>UNIVERSAL CITY STUDIOS, LLC, a Delaware corporation; UNITED TALENT AGENCY, INC., a California corporation; BLUMHOUSE PRODUCTIONS, LLC, a Delaware Limited Liability Company; OVERLORD PRODUCTIONS LLC, a California Limited Liability Company; PLATINUM DUNES PRODUCTIONS, a California Corporation, WHY NOT PRODUCTIONS, INC., a Nevada Corporation; JAMES DEMONACO, an individual; and DOES 1 to 50, inclusive,<br><br>　　　　　　Defendants. | Case No. **14-cv-05577-MWF-MRW**<br>Assigned to Hon. Michael W. Fitzgerald<br><br>[~~PROPOSED~~] **ORDER RE: JOINT STIPULATION TO EXTEND COMPLIANCE WITH HON. WILNER'S NOVEMBER 27, 2018 FEE AWARD ORDER**<br><br>Complaint Filed: July 17, 2014<br><br>Trial:　　　　　　June 4, 2019<br>Final Status Conf.: May 13, 2019 |

## [PROPOSED] ORDER

For good cause shown, IT IS HEREBY ORDERED:

1. The existing Order Re Fee Award (the "Order," Dkt. No. 264) is revised as follows:

    a. Plaintiff's deadline for compliance with the order shall be extended from January 4, 2019 to January 8, 2019.

DATED: 1/7/2019

HON. MICHAEL WILNER
United States Judge